UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAUGHANA CUROTHERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:18-cv-00198-JMS-DML |
| THERMO FISHER SCIENTIFIC, INC., | ) ) ) |
| Defendant. | ) |

> Dismissal with prejudice acknowledged.  JMS, CJ, 5-10-18
> Distribution via ECF.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Daughana Curothers, and Defendant, Thermo Fisher Scientific Inc., having reached an agreement to settle this matter, hereby stipulate to the dismissal with prejudice of all claims by Daughana Curothers, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A), with each party to bear her/its own attorneys' fees and costs.

DAUGHANA CUROTHERS              THERMO FISHER SCIENTIFIC, INC.


/s/ Jay Meisenhelder                            /s/ Dorothy D. McDermott
Jay Meisenhelder                                Dorothy D. McDermott
Employment & Civil Rights Legal Services, P.C.  Zachary A. Ahonen
650 North Girls School Road, Suite B20          Jackson Lewis P.C.
Indianapolis, Indiana 46214                     211 North Pennsylvania Street, Suite 1700
jaym@ecrls.com                                  Indianapolis, Indiana 46204
                                                Telephone: (317) 489-6930
Counsel for Plaintiff                           Facsimile: (317) 489-6931
                                                dorothy.mcdermott@jacksonlewis.com
                                                zachary.ahonen@jacksonlewis.com

                                                Counsel for Defendant,
                                                Thermo Fisher Scientific Inc.

4851-6664-2785, v. 1